# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED

: No. 823 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
PETITION OF: BARBARA M. MUMMA : the Order of the Superior Court

IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED

: No. 981 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
PETITION OF: BARBARA M. MUMMA : the Order of the Superior Court

IN RE: ESTATE OF ROBERT M. MUMMA, DECEASED

: No. 982 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
PETITION OF: ROBERT M. MUMMA, II : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.